UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

ANTHONY JAMES BROWN,

    Defendant.

Case No. 4:23-mj-30183

Originating No. 2:16-cr-00014

---

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant ANTHONY JAMES BROWN to answer to charges pending in another federal district, and states:

1. On May 4, 2023, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Western District of Michigan. Defendant is charged in that district with a supervised release violation.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        s/NANCY A. ABRAHAM
        NANCY A. ABRAHAM
        Assistant United States Attorney
        600 Church Street, Suite 200
        Flint, MI 48502
        Nancy.abraham@usdoj.gov
        (810) 766-5034

Dated: May 5, 2023